IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GREGORY ROBINSON, ) | |
| ) | |
|     Petitioner, ) | |
| ) | No. 2:14-cv-02630-SHL-tmp |
| v. ) | |
| ) | |
| WAYNE CARPENTER, Warden, ) | |
| ) | |
|     Respondent. ) | |

## JOINT SCHEDULING ORDER

As directed by this Court by order entered August 20, 2014 (D.E. 7), the parties have agreed to the following timeline in this corpus case.[1]

(1) Respondent's Answer shall be filed on December 25, 2014.

(2) Petitioner's Reply to the Answer shall be filed within sixty (60) days after the Answer is filed.

(3) Discovery motions shall be filed within sixty (60) days after the filing of the Petitioner's Reply to the Answer.

(4) Responses to discovery motions shall be filed within sixty (60) days after the motion(s) for discovery are filed.

(5) Any Reply to the response shall be filed within thirty (30) days thereafter.

(6) Dispositive Motions and/or Motions for an Evidentiary Hearing shall be filed no later than ninety (90) days after the close of discovery.

(7) Responses to Dispositive Motions and/or Motions for an Evidentiary Hearing shall be filed no later than sixty (60) days thereafter.

---

[1] By joining this Motion, Respondent reserves and does not waive any available procedural defenses.

    (8)    Replies to Responses to Dispositive Motions and/or Motions for an Evidentiary Hearing shall be filed no later than thirty (30) days after the Response is filed.

    (9)    Further deadlines will be set by the Court.

IT IS SO ORDERED this 31st day of October, 2014.

                                                                s/ SHERYL H. LIPMAN
                                                                UNITED STATES DISTRICT JUDGE