# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **GREGORY ROBINSON,** )<br>)<br>   **Petitioner,** )<br>)<br>)<br>**v.** )<br>)<br>)<br>**WAYNE CARPENTER, Warden,** )<br>)<br>   **Respondent.** ) | **No. 2:14-cv-02630-SHL-tmp**<br>**Judge Lipman**<br>**DEATH PENALTY CASE** |

---

## ORDER
---

Before the Court is Respondent's second motion for an extension of time to file his reply to Petitioner's petition (ECF No. 20). This request seeks an additional thirty (30) days to respond, following the Court's first extension of sixty (60) days. The Court will grant this additional thirty (30) days but this will be the last extension of time granted to the Respondent in this matter. In addition, counsel for Respondent is hereby on notice that future extensions of time of this magnitude will not be granted in other matters, absent <u>extraordinary</u> circumstances.

The Respondent shall file his reply by **January 24, 2015.**

**SO ORDERED** this 24th day of December, 2014.


                              s/ SHERYL H. LIPMAN
                              UNITED STATES DISTRICT JUDGE