IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY ROBINSON, | ) | Electronically filed, |
| | ) | |
| Petitioner, | ) | No. 2:14-cv-02630-SHL-tmp |
| | ) | |
| v. | ) | CAPITAL CASE |
| | ) | |
| WAYNE CARPENTER, Warden, | ) | |
| Riverbend Maximum Security | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PETITIONER GREGORY ROBINSON'S MOTION TO APPLY *DE NOVO* REVIEW**

Petitioner Gregory Robinson hereby moves this court, pursuant to LR 7.2(c), for leave to file a reply memorandum of law in support of his Motion To Apply *De Novo* Review. Petitioner moves for leave to file the reply memorandum by June 23, which is 14 days after the service of the Respondent's opposition brief on June 9, 2015.

In support of this Motion, Petitioner states that his Motion To Apply *De Novo* Review presents complex issues on a variety of causes of action in this capital case, and that leave to file a reply memorandum will permit Petitioner to address the arguments raised by the State in its opposition to Petitioner's motion. Petitioner also states that, due to counsel's busy schedule, a modest extension of time is necessary to allow Petitioner to fully and adequately brief his reply. This extension will not affect any postponement of any other deadlines in the case schedule.

Respectfully submitted,

/s/ Robert L. Hutton
Robert L. Hutton
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
Ph: 901-525-1322
Fax: 901-525-2389
rhutton@glankler.com

P. Benjamin Duke
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Ph: 212-841-1072
Fax: 646-441-9072
bduke@cov.com

Attorneys for Petitioner
GREGORY ROBINSON

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 12, 2015, a true and correct copy of the foregoing document was served through the Court's ECF System on Jennifer L. Smith and Michael Matthew Stahl, Office of the Attorney General, State of Tennessee, 425 Fifth Avenue North, Nashville, TN, 37202.

/s/ Robert L. Hutton
Robert L. Hutton