# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **GREGORY ROBINSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| ) | No. 2:14-cv-2630-SHL-tmp |
| **v.** ) | |
| ) | **DEATH PENALTY** |
| ) | |
| **BRUCE WESTBROOKS, Warden,** ) | |
| ) | |
| **Respondent.** ) | |

## SUPPLEMENTAL NOTICE OF FILING

In preparation for the filing of dispositive motions in this cause undersigned counsel, and petitioner's counsels, have determined that the January 23, 2015, Notice of Filing Documents does not appear to include the trial court's "Order Denying Defendant's Motion for New Trial." (E.C.F. Nos. 22, 23, 24, 25.) In the interest of ensuring that this Court has a complete record of all state proceedings, and in accordance with the Court's previous order, E.C.F. 7, and Habeas Rule 5(d), the respondent submits that the following document has been electronically filed with the Clerk for the United States District Court for the Western District of Tennessee, Western Division, for use in connection with this case:

**Attachment 1:** Trial Court Order Denying Petitioner's Motion for New Trial, Trial Court Proceedings Shelby County Criminal Court No. 97-13179-80.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ *Michael M. Stahl*

MICHAEL M. STAHL
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 253-5463
Fax: (615) 532-4892
Email: Michael.Stahl@ag.tn.gov
Tenn. B.P.R. No. 32381

## CERTIFICATE OF SERVICE

On November 29, 2016, the foregoing Notice was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a copy in the United States mail, postage prepaid, to their address of record.

/s/ *Michael M. Stahl*
MICHAEL M. STAHL
Assistant Attorney General

2