IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No.  2:14-cv-02630-SHL-tmp |
| | ) | |
| BRUCE WESTBROOKS, Warden, | ) | |
| Riverbend Maximum Security | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER REVISING SCHEDULING ORDER

Petitioner Gregory Robinson and Respondent Bruce Westbrooks have jointly moved this Court for a revised scheduling order extending by thirty (30) days the amount of time provided for the parties to file opposition briefs in response to the motions for summary judgment filed on December 2, 2016.

Good cause having been shown, it is hereby ORDERED that the deadline for the parties' responsive briefs to the pending motions for summary judgment is extended and adjourned to **March 2, 2017**.

**IT IS SO ORDERED,** this 9th day of January, 2017.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE