IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GREGORY ROBINSON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )    No. 2:14-cv-02630-SHL-tmp |
| | ) |
| BRUCE WESTBROOKS, Warden, | ) |
| Riverbend Maximum Security | ) |
| Institution, | ) |
| | ) |
|     Respondent. | ) |

**NOTICE OF APPEARANCE**

Pursuant to the rules of this Court, the undersigned counsel hereby gives notice of his appearance as counsel in this matter on behalf of Petitioner Gregory Robinson, and requests that court notices and services of all pleadings, motions and other papers be directed to the undersigned.

Covington & Burling LLP ("Covington") continues to represent Petitioner Gregory Robinson on a *pro bono* basis, together with Petitioner's appointed counsel, Robert L. Hutton of Glankler Brown, PLLC. Mr. Hutton's appointment as Petitioner's co-counsel was approved by this Court pursuant to the Criminal Justice Act on August 13, 2014, *nunc pro tunc* to September 13, 2013 (ECF No. 19).

Respectfully submitted,

/s P. Benjamin Duke
P. Benjamin Duke
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Ph: 212-841-1072
Fax: 646-441-9072
bduke@cov.com

Brett C. Reynolds
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20003
Ph: 202-662-5335
Fax: 202-778-5335
breynolds@cov.com

Robert L. Hutton
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
Ph: 901-525-1322
Fax: 901-525-2389
rhutton@glankler.com

Attorneys for Petitioner
GREGORY ROBINSON

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 24, 2017, a true and correct copy of the foregoing document was served by electronic means through the Court's ECF system on all parties of record.

                                                    /s P. Benjamin Duke
                                                    P. Benjamin Duke